# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers and (2) any transcript order form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| **Appeal No. & Caption** | 17-4408 United States of America v. Tashan Jamar Stern |
|---|---|
| **Originating No. & Caption** | 6:16-cr-00536-TMC-4<br>United States of America v. Tashan Jamar Stern |
| **District Court & Judge** | District of South Carolina; Hon. Timothy M. Cain |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Date of entry of order/judgment appealed from | 6/12/2017 |
| Date this notice of appeal filed | 6/21/2017 |
| If cross appeal, date first notice of appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final order or judgment? | ⦿ Yes    ◯ No |
| If appeal is not from final judgment, why is order appealable? | |

| Transcript – Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored ||||
|---|---|---|---|
| (Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached.). ||||
| Trial Date(s): | | ○ On Order or On File | ○ Order Attached | ⦿ Not Needed |
| Plea Date: | 2/28/2017 | ○ On Order or On File | ⦿ Order Attached | ○ Not Needed |
| Sentence Date: | 6/12/2017 | ○ On Order or On File | ⦿ Order Attached | ○ Not Needed |
| Other Date(s): | 2/1/2017; 2/28/2017 | ○ On Order or On File | ⦿ Order Attached | ○ Not Needed |

| Case Handling Requirements (answer any that apply) ||
|---|---|
| Case number of any prior appeal in same case | N/A |
| Case number of any pending appeal in same case | N/A |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |
| Is expedited disposition necessary? | ○ Yes    ⦿ No |
| | If yes, motion to expedite must be filed. |

| Issues (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.) |
|---|
| Appeal of conviction and sentence in a criminal case. |

2

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Tashan Jamar Stern<br>Address:<br>    Prisoner No. 31698-171<br>    Lexington FMC<br>    3301 Leestown Road<br>    Lexington KY, 40511<br><br>E-Mail:<br><br>Phone: | Name: C. Fredric Marcinak<br>Address: Smith Moore Leatherwood LLP<br>    PO Box 87<br>    Greenville, SC 29602-0087<br><br><br>E-Mail: fredric.marcinak@smithmoorelaw.com<br><br>Phone: (864) 751-7691 |

**Signature:** s/C. Fredric Marcinak     **Date:** 8/30/2017

**Counsel for:** Tashan Jamar Stern

**Certificate of Service**: I certify that on August 30, 2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Leesa Washington, Esq.
U.S. Attorney's Office
55 Beattie Pl., Suite 700
Greenville, SC 29601

Signature: s/C. Fredric Marcinak     Date: August 30, 2017

3

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style __United States of America v. Tashan Jamar Stern__
Dist. Ct. No. __6:16-cr-00536-TMC-4__     District __South Carolina (Greenville Division)__
Date Notice of Appeal filed __06/21/17__     Court of Appeals No. __17-4408__
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) __Debra Bull__
Address of Reporter __300 E. Washington Street, Greenville, SC  29601__

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals. The completed order form must show that necessary financial arrangements have been made. In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | 6/12/17 |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | 2/1/17--discovery motions; 2/28/17--motion to suppress 2/28/17 |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | 2/28/17 guilty plea |

**TOTAL ESTIMATED PAGES** __300 pgs.__

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:
☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
☑ CJA AUTH-24 request submitted in district eVoucher system.
☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
☐ Federal Public Defender - no CJA 24 authorization necessary.
☐ United States appeal - copy of litigation expense form attached, if applicable.

C. Transcript is requested in ☑ paper format     ☐ electronic format

Signature __s/C. Fredric Marcinak__     Typed Name __C. Fredric Marcinak__
Address __Smith Moore Leatherwood LLP, P.O. Box 87, Greenville, SC  29602-0087__
Email __fredric.marcinak@smithmoorelaw.com__     Telephone No. __(864) 751-7691__
Date Sent to Reporter __08/29/17__

06/20/2017 CAD